United States District Court
Southern District of Texas
**ENTERED**
September 17, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON JERMAINE TOLLIVER | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. H-18-1192 |
| PRAIRIE VIEW A&M UNIVERSITY, *et al.*, | § |
| Defendants. | § |

## ORDER

On August 14, 2018, defendants Prairie View A & M University, Donnie P. Howard, Jr., R. Robinson, Denise M. Simmons, Zena Stephens, Taylor Williams, and George C. Wright moved to dismiss Tolliver's amended complaint. (Docket Entry No. 19). Tolliver's response to the motion was due on September 4. He filed no response before the deadline. On September 10, Tolliver filed an unopposed motion to extend his response deadline to September 13, 2018. (Docket Entry No. 24). The motion is granted.

SIGNED on September 14, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge