IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON, DIVISION

| | | |
|---|---|---|
| JASON JERMAINE TOLLIVER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| PRAIRIE VIEW A&M UNIVERSITY, | § | |
| GEORGE C. WRIGHT, Individually and | § | |
| In his official capacity, ZENA STEPHENS, | § | CIVIL ACTION NO.4:18-CV-01192 |
| Individually and in her individual capacity, | § | JURY DEMAND |
| DENISE M. SIMMONS, Individually and | § | |
| in her individual capacity, TAYLOR WILLIAMS, | | |
| Individually and in her individual capacity, | § | |
| DONNIE P. HOWARD, JR. and in his official | § | |
| capacity, Officer Robinson, Individually | § | |
| and in his individual capacity AND WALLER | § | |
| COUNTY SHERIFF's JOHN DOE | | |
| UNKNOWN OFFICERS | | |
| in their individual capacities | | |
| Defendants, | | |

**OPPOSED/UNOPPOSED  MOTION TO WITHDRAW**

TO THE HONORABLE CHIEF JUDGE LEE ROSENTHAL:

NOW COMES, Attorney Debra V. Jennings respectfully requesting this court to allow her to withdraw as attorney for Jason Jermaine Tolliver. In the above entitled matter. Attorney

1

Jennings seeks to withdraw due to a conflict. In all probability Mr. Tolliver will retain the services of another attorney.

In order to avoid any foreseeable prejudice to the rights of Mr. Tolliver, Attorney Debra Jennings respectfully request this court to allow Mr. Tolliver a reasonable continuance and a reasonable extension of any and all deadlines within the court's discretion. This motion is not sought for purposes of delay, but so that justice may be done. This motion is unopposed.

Accordingly, Debra Jennings, respectfully request that this motion to withdraw and continuance be granted.

Respectfully submitted,

By: */s/* Debra V. Jennings
Debra V. Jennings
State Bar No. 10631850
Federal Bar ID: 14373
Law Office of Debra V. Jennings
6140 HWY 6, # 269
Missouri City, Texas 77459
Telephone (832) 230-4455
Facsimile: (832) 230-4452 Email:
lawyerdvj@gmail.com
ATTORNEY FOR THE PLAINTIFF

CERTIFICATE OF CONFERENCE

I hereby certify that on September 10, 2018 I conferred via electronic mail and via telephone calls to each Counsel and this motion is unopposed.

/s/ *Debra V. Jennings*

I hereby certify that on September 10, 2018, I conferred with Plaintiff, Jason Tolliver 1344 Darden Rd. Jackson, Mississippi 39213 via electronic mail and he opposes my motion to withdraw.

/s/ *Debra V. Jennings*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Opposed Motion to Withdraw has been served on all counsel of record electronically by the District Court's Electronic Filing System on September 21, 2018.

/s/ *Debra V. Jennings*

_____

Debra V. Jennings